Crystal Maye
50 East 191 Street apt 4 m
Bronx New York 10468                                  DOCKET NO:

MEDDLE DISTRIT OF FLORIDA
District Court United States
ORLANDA FLORIDA republic                              COMPLAINT

Blanch Bale Irrevocable Living TRUST,                 JURY TRIAL DEMANDED
on behalf Crystal Maye as Trustee, F.S.736082,        FRAUD & QUIET TITLE
for Trustor, decease PERELENA DOUCE.                  TAX ON TRUST. USC 1981.abc
                                                      CHALLENGE AUTHORITY
           - Against-                                 JURISDICTION of DEFENDANTS
                                                      CONVERSION of PROPERTY
BRAVARD COUNTY TAX OFFICE and
OCEAN TAX DEED INVESTMENT LLC.
BRAVARD COUNTY SHERIFF DEPT

## PRELIMINARY STATEMENT

1/ This is a civil Civil Right action and common law equity to vacate, recover in damages witch the Plaintiff Trustee F.S.736082 seeks redress and relief for the defendants violations as follows of her rights protected by 4th 5th and 14th amend, USC Sec. 241,242 an secured by the Civil rights acts of 1866 and 1871, 42 USC Sec.1983, and 1985,1988. And violations Rules 28 USC 530b, Fl. R.1.070. as FRCP. 4, process violation of Fl. Stat.196.181. An 28USC 1691, and R. 6335,6065, under Statue of Fraud UCC 2-201, violation of CJS 90 TRUST Section 162. footnote 18. violate 26 USC 423.2c. Violate 2am Jur 2 pge 129 Sec. 301 1962 and of rights secured by the 14th amend the thirteenth amend and by the Equal protection and due process Clause law of the fifth amend to The United States Constitution for America and/or rights secured under the law and Constitution for the State Florida republic. **United States v. Throckmorton 98 US 61 1878 fraud vitate all prior process.**

## JURISDICTION

2/ Jurisdiction is conferred upon this Court by Art 3 Sec.2, Art 6 Sec. 2 The united States Const 28 USC Sec.1331, 1332 Sec.1343,1 to 4, this being an action seeking redress relief for violation of the Plaintiffs constitutional secured rights the amount, and for punitive damages in controversy is in the excess of two million Dollars and return stolen property to trust owner exclusive of interest and cost.

3/ The plaintiff demand a trail by Assize Jury of peers on each and every one of his claims herein.

## VENUE

4/ Venue is proper for the District Court United States for the middle district for Florida pursuant to 28 USC 89 (b) Fl. 28 USC 1343, 1,2,3,4.

## PARTIES

5/ The plaintiff Crystal Maye Trustee, is an American Citizen New Yorker. live in New York, North America united States, on behalf of Blanch Bale Irrevocable living Trust Asset. Trustor decease Perelena Douce, in florida, and was relevant herein, as New Yorker, by 28 USC 1754 Sims v Ahram

6/ Defendants BRAVARD COUNTY TAX COLLECTORS herein refered to as defendants tax,

and OCEAN TAX DEED INVESTMENT LLC. BRAVARD COUNTY SHERIFF DEPT as defendants and in bravard County are and were at all time relevant herein employees cooperation agents acomplist with bravard county tax collectors a florida a municipal agency of the County of Bravard Fl. Defendants are sued individually and in their official capacities.

7/ Denfendant Bravard County tax collector minicipality at times the County Tax Collectors of Bravard county, Bravard County Sheriff Dept is liable and is to follow the state constitution and statue intent creation by the legislature language proceedure only what the law permits only are sued *individdually in its official capacity.*

8/ Defendant OCEAN TAX DEED INVESTMENT LLC. Was at all Complicit agent are sued individdually in its capacities, together with the minicipality bravard county tax collector, Bravard County Sheriff Dept by law entity created and authorized under color the laws of the state of florida it is authorized by law to carry out all taxing function for tax office bravard county tax collector and assumes the risks inidental to follow the maintenance legislation policy by there office enployees and agent cooperation

## STATEMENTS OF FACTS

9/ On November 10 two thousand 9 Crystal Maye, was appointed trustee F.S.736082 I have equitable, rights and duty from late decease Perelena Douce, I hold title to property transfer in the 2009 trust I have all available witnesses ready to testify, for the trust separate entity, Blanch Bale living Irrevocable Trust, she had form for her beneficiaries, I plaintiff have the authority owe a duty to her beneficiaries, Grand daughter and grand Son. and her mentally disable daughter, that was living at the asset private house, locate at 1637 Hays St NW Palm Bay Fl. with her at the time she died, about 2 weeks prior, before, she had came up to New York to see us to form the trust, she wanted me to go back with her but at that, on short notice time I could not leave the job working with the state in new York just a back ground, a copy of the Trust Exh A, I tried to call to check on her about the 27 of November 2009 no one pick up the phone so I got the police to go check to see what happen they found her dead on living room flour with her daughter watching TV. See Letter from the police detective Exh c, and B death certificate attach,

The trust-or prior, she had no prior license business or connection to the county or state. only the trust, property permanent home she live as private sector, when she dead she had no ownership interest to any property in her name, the Trust did. On 7/23/2015 Bravard County Tax collector, conversion on title that the trust had terminated on 11/10/2009 5yrs prior. Defendants created an illegal tax deed on the private house hold goods personal effects property, that should be excluded from the tax roll, at all times own by the 2009 Trust terminate any allege unknown contract 26 sec.3402n, her son was at the house, taking care of it for the trust only, the Sheriff had no lawful warrant 4th amend, a <u>writ of possession in wrong name</u>, left on the door with no judge signature or court Seal from any competent court, Seal violate 28 usc 1691 due process of law it was left on the property, not personally served, on any one, was found tap to door, to son Oliver-Vaughn:Douce Al Dey, who is not owerner of property,

Now the prior name that was on prior deed, when recorded, before TRUST, decease buy her land built her house from her own pocket, in 1992 by Perelena Douce, decease no record suit tax claim was ever commenced Fl.R. 1.070 in that name, or any writ. Issue from any court with seal, violate 4th amend no warrant by Sheriff was served. In the name of, or Trust, or on trustee was not notified, there has been no complete litigation or discovery done, or hearing or opptunity the only bogus writ in this Exh -attach

name on writ had no interest ownership connection to the State, Trustee seek relief as a result of this frivolous illegal unconstitutional action by defendants, for damages deprive plaintiffs trustee rights of it duty for the beneficieries harm suffering hard mental anguish stress cause sleepless nights plus slander on title conversion of private property for public and cooperation gain and profit illegal writ place plaintiff in arm way and forcibley arms remore from land, illegally own by the entity Trust.

The defendants agency Bravard County tax collectors employees defrauded and Tax Deed investment LLC, Bravard County Sheriff Dept fraudulent frivolous enter without warrant on private Trust they dont own to use unlawful tax, disguise to conseal to steel asset private property, with no proper order court, or proper service on owner Trust, when its should not have been on tax roll in the first place, and fail to listen to claimat who tried offered identification fail to correct, or present the law FOIA for there authority, the conversion of title with Agencies, by accomplist in illegal Tax deed action under color of law with, defendants, Tax Deed Investment LLC, violate plaintiff Trustee rights fforcible take land they never own or have any connection by willfully disregard the rights claiment or follow, *correct deprive due propoess procedures the law by, or Legislature intent and Fl Stat. state constitution* and Rules ignorance of the law is no excuse fraud on the court from 2015 18 USC 912..

FIRST CLAIMS

(VIOLATION OF RIGHT SECURED BY 4TH 5TH 14 28 USC 1943 42 USC 1966, 1981,1983 1985, 42 USC 241,242   28 USC 1691 28 USC 53b AND THE AMENDMENT TO THE CONSTITUTION FOR AMERICA,  10 Stat. Atlarge Sec 701 status)

10/ The plaintiff incororates by reference the allegation set forth fully herein 1 through 10 herein as full set forth hereing,

11/ The conduct and actions of defendant Bravard County Tax Collectors,  an Tax Deed Investments, an Bravard County Sheriff Dept actions intimidation threat Conspiracy under color of State law in subjecting the plaintiff Trustee, get off property or be errested, who is free holder American. The defendants by violate private property, Trust law rights, by fraudulently without proper service process, defective writ had no judge signature Court Seal, violate 28 USC 1691 No notice on owner TRUST or Trustee was made, illega to wrong individdual name, on the allege writ, see exh-D *attach, who had no interest in ownership in private land asset in Trust. defendants use the false writ to* seize steel land with no connection to county State, discrimination, against freeholder American, race abuse deprive, the trustee of her duty were motiveted fraudulent taxes to conseal taking for corprate financial gain, animus, were intentionally maliciously and/or with a reckless disregard for the natural and probable consequences of their acts were done witout lawful justification and were design to and did cause damages lost of land specific and serious bodily mental and emotional harm pain and suffering in violation of the plaintiffs Constitutional rights as guaranteed under USC section 1983, 14th amendment to the constitution for the United States, The Sheriff know it cannot served court paper on private person no connection to asset in trust seized., without officials Court Seal. Trust must be served notified. Decease own no asset or land prior to her death, BLANCH BALE LIVING IRREVOCABLE TRUST has title, Declaration under penalty of purjury plaintiff Trustee Crystal Maye has this Authority.**Ex parte Milligan, 71 U.S. 4 Wall. 2 2 (1866)**

**(a)Statement of equal rights**
**All persons witihin the jurisdiction of the United States shall have the same right in every State and Territory to making and enforing contracts to sue, be parties, give evidence, and to the full**

and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

**(2)**
To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 Title of 42 which he had knowledge were about to occur and power to prevent;

## SECOND CLAIMS

VIOLATION OF RIGHTS SECURED BY 42 USC SECTION 1971, VIOLATION OF FL. RULES 1.070, PROCESS FRCP. 4, FL STAT, SECTION 196.181 VIOLATION R. 6335, and R.6065 THE 4th and 5th UNDER STATUE OF FRAUD UCC 2-201, VIOLATION CJS.90 TRUST SECTION 192 FOOT NOTE 18, 26 USC 423. 2c TAX PERPUS VIOLATE REQUIRED STATUE NO LANGUAGE FOR THE TAX VIOLATE 2AM JUR 2D PAGE 129 SECTION 301 ada 1962.

*12/ Trustee incororates by reference the the aleegations set forth in paragraphs 1 through 12 as it* fully set forth herein

13/ The conduct and action of defendants Braverd County Tax Collector, an Tax Deed Investment an Bravard County Sheriff dept action under color of law, violate Trustee rights and duty to her beneficeriese did violate 4th 5th 14th Amend due process access to court Fl.R.1070, there was no suit file in name Trustor decease prior, the statue of limitation cannot protect an illegal tax deed redfield v. Sarks, and UCC2-201 nore was Trustee Notified to object, there was no writ Court SEAL order issued from any computent court or hearing for private property issued by law, there was no signed tax assesment signed under penalty of purjury violate equirement for R.6065,see Western Treading Co 340 F. Sup. 1130 holding, there was no tax Notice issued served on Trustee or Trust violated notice R.6335, there was no Statue procesdural intent language requirement as required, violated 2Am Jur 2d page 129 section 301 1962 admin agency make rules, dose not extend to make legislation, required purpose 26 USC 423.2c. To tax This Trust property prior was also exempt from all taxes pursuant to Fl Stat. Section 196.181 FL State Constitutionn Art.7.3b. The 2023 Florida Statutes Title XIV TAXATION AND **FINANCE** Chapter 196 EXEMPTION View Entire Chapter **196.181 Exemption of household goods and personal effects.— There shall be exempt from taxation to every person residing and making his or her permanent home in this state household good and shelter, as entity 2009 trust this is the legislature intent violated by all defendants herein violate Trust CJS. 90 TRUST SECTION 192 foot** note 18, 26 USC SEC. 3402n EXEMPT, the trust has no commercial connection to business or State, no court or government can change the intent of a trustor for a judge decoration, Tax case holding that Kaestners in-state residence was too tenuous a link state and the Trust to support tax held the presence of instate beneficeriesealone dose not empower a state to tax trust, Miranda V. Arizona.

**(b)"Make and enforce contracts" defined USC 1981**
For purposes of this section, the term "make and enforce contract" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

**(c)Protection against impairment**

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

4

Defendants false claim and action did cause damages to plaintiffs trustee, was done intentionally maliciously and /or with a reckless disregard for the natural and probable consequences of their acts was done without lawful justification, an was designed to and did cause specific and serious bodily, Threaten fear mental psychological and emotional harm pain and suffering in violation of plaintiffs Constitutional rights as guaranteed under 42 USC .1983,1988, 1981 1985, 1971,241,242, 5th and 14th the 13th Amendment to the United States Constitution, Elements herein to apply amend later on.

A/ Agency that cause damages Bravard County Tax Collectors and Ocean Tax Deed Investment LLC and Bavard County Sheriff Dept, of Bravard County 1 through 13 their respective agent and employees.

B/ Agency defendants fail to properly served plaintiff or notice to trust or listen to claimant who has been trying offering identification fail and was ignore claimants rights agency employees willfully and maliciously disregarded the tax law and violate Fl Constitution Art.7.3b, and correct intent of the legislature,defendants over reach its authority .violate US Art 1 sec.8.Cl 14.17.

C/ Injury sustained by claimant trustee deprive of there rights asset land stolen place in the Street slander of property no service on trustee or trust or on beneficeriese no court hearing no Statue FOIA for tax on trust procedures seize. conversion 1332, of all house hold good on property plaintiff family was place in fear by arm Sheriff without warrant, no, writ from any court with judge signature Court Seal violate process lost of private property without notice on owner, several emotional distress psychological fear hopelessness suffering denial and deprivation of civil, human rights and a victim race discrimination suffering from nervousness conversion of property exercise domination of property belong to the Trust, embarrassment and sleeplessness mental anguish and financial hardship plaintiffs trustee equitable rights duty to beneficiaries equitable rights deprive, due to this fraud the property should be return to the trust owner,

D/ Amount of damages relief sought 2 million dollars plus punitive damages Claimant seek full recovery of all property that was illegally seized at the time of this incident.

VERIFIED CLAIM special deposit
Declaration Under penalty of perjury 28 USC 1746

Dated October 10,2023

By: *[signature: Crystal Maye]*
Crystal Maye Trustee 1-308 3-402b
50 East 191 Street 4m
Bronx New York 10468
646-353-4429, cmaye600@gmail.com

5